EDWARD DUBIED & Co., Appellant, *v.* THE PENNSYL-
VANIA RAILROAD COMPANY, Respondent.

*Practice — railroads — when motion to amend title to action so as to
bring in director-general of railroads as a party defendant in an action
against a railroad company properly denied.*

*Dubied & Co.* v. *Pennsylvania R. R. Co.*, 204 App. Div. 865,
affirmed.

(Argued February 27, 1923; decided March 20, 1923.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered December 8, 1922, which affirmed an
order of Special Term denying a motion to amend the
title of this action by inserting the name of the director-
general of railroads as a party defendant.

The following questions were certified: " 1. Was
James C. Davis, agent designated by the president,
barred by the action of his attorneys from pleading the
defense of the Statute of Limitations contained in section
206 (a) of the Transportation Act of 1920?

" 2. Was the appearance of the defendant by attorneys
authorized to represent both it and the agent of the
president and after service of the summons on the agent
of the president in a suit where both were proper parties,
an appearance on behalf of said agent?

" 3. Would the joinder of James C. Davis, agent
appointed by the president, introduce a new party into
the action who would have to be served with a supple-
mental summons or would such joinder merely bring
in a party whose name had been omitted but who was
already before the court?

" 4. Was the relation in this case between the director-
general and the carrier such that the carrier was merely
the successor of the director-general, the appearance of
whom was necessarily on behalf of the director-general
as well as itself?

" 5. Does the limitation contained in section 206 (a)
of the Transportation Act of 1920 affect a cause of action
which did not mature until April 3, 1922? "

*Henry Escher* for appellant.

*George R. Allen* and *Harold L. Allen* for respondent.

Order affirmed, with costs; first, second and fourth questions certified answered in the negative; third and and fifth questions not answered; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ. CRANE, J., concurs on ground that this is not a motion for substitution of parties, but to bring in a new party.